385 P.2d 282

**Carl O. DELTENRE, Petitioner,**

**v.**

**Harold A. COX, Warden of the New Mexico State Penitentiary, Defendant.**

**No. 7476.**

Supreme Court of New Mexico.

Oct. 2, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted.

Further Ordered that the petition for writ of habeas corpus be and the same is hereby denied.